# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| **In re Marsha Ann Ralls,** | ) ) ) | **Case No. 16-00222** |
| **Debtor.** | ) ) ) | **Chapter 11** |

## PRAECIPE

**TO THE CLERK OF THE UNITED STATES DISTRICT
COURT FOR THE DISTRICT OF COLUMBIA**:

The undersigned submits herein for filing in the above-captioned case and for delivery to the Court, the attached Transcript of Meeting of Creditors Chapter 11 341(a) meeting held on June 8, 2016 at 2:00 pm before U.S. Trustee's Meeting Room 1207.

Dated: June 16, 2016        Respectfully submitted,

*/s/ Patrick J. Potter*
Patrick J. Potter (426514)
Dania Slim (991689)
Pillsbury Winthrop Shaw Pittman LLP
1200 Seventeenth Street, NW
Washington, DC 20036-3006
Telephone: 202-663-8928
Facsimile: 202-663-8007
Email: patrick.potter@pillsburylaw.com
Email: dania.slim@pillsburylaw.com

4813-7764-4338.v1

**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| **In re Marsha Ann Ralls,** ) ) | |
| ) | **Case No. 16-00222** |
| **Debtor.** ) | **Chapter 11** |
| ) | |

### CERTIFICATE OF SERVICE

      I, Patrick J. Potter, hereby certify that on June 16, 2016, BWF Private Loan Fund, LLC's *Praecipe* was electronically filed. I further certify that true and correct copies have been served on June 16, 2016 by first class mail, postage prepaid, to:

William C. Johnson, Jr.
Law Offices of William C. Johnson, Jr.
1101 15th St. NW, Suite 910
Washington, DC 20005

Marsha Ralls
1516 31st Street, NW
Washington, DC 20007

Bradley D. Jones
U.S. Trustee for Region Four
115 South Union Street
Suite 210 Plaza Level
Alexandria, VA 22314

Attn: Capital One N.A. Department
Ascension Capital Group
Account: XXXXX3859
P.O. Box 165028
Irving, TX 75016

Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101-7346

Internal Revenue Service
77 K Street, NE, Suite 5100
Washington, DC 20002-4678

Internal Revenue Service
P.O. Box 7317
Philadelphia, PA 19101-7317

Attn: K. Ivory
Bankruptcy Specialist
Internal Revenue Service
31 Hopkins Plaza, Room 1150
Baltimore, MD 21201

2

Dated: June 16, 2016                        */s/ Patrick J. Potter*
                                            Patrick J. Potter (426514)
                                            Pillsbury Winthrop Shaw Pittman LLP
                                            1200 Seventeenth Street, NW
                                            Washington, DC 20036
                                            Telephone: (202) 663-8928
                                            Facsimile: (202) 663-8007
                                            Email: patrick.potter@pillsburylaw.com

4813-7764-4338.v1