The order below is hereby signed.

Signed: June 24 2016



_____
S. Martin Teel, Jr.
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLUMBIA

In re                                )
                                     )
MARSHA ANN RALLS,                    )    Case No. 16-00222
                                     )    (Chapter 11)
            Debtor.                  )

ORDER GRANTING BWF PRIVATE LOAN FUND, LLC'S
SECOND MOTION REQUESTING RELIEF FROM THE AUTOMATIC STAY
PROVIDED BY SECTION 362 OF TITLE 11 OF THE UNITED STATES CODE

Pursuant to a hearing of June 24, 2016, it is

ORDERED that BWF Private Loan Fund, LLC's *Second Motion Requesting Relief from the Automatic Stay Provided by Section 362 of Title 11 of the United State Code* (Dkt. No. 20) is granted as follows:

1. The automatic stay in this case under 11 U.S.C. § 362(a) is lifted and modified to permit the appeal in *Marsha Ralls, et al. v. BWF Private Loan Fund, LLC*, Case No. 15-CV-1134 in the District of Columbia Court of Appeals, and any litigation relating to the disputes raised therein (whether in the District of Columbia Court of Appeals, the Superior Court of the District of Columbia, or otherwise), to proceed to conclusion, but the stay is not, by this

order, modified to permit BWF Private Loan Fund, LLC to foreclose or exercise creditors' rights and remedies.

 2. Pursuant to 11 U.S.C. § 108(c)(2), the deadline for the debtor, Marsha Ralls, to file her brief as appellant in *Marsha Ralls, et al. v. BWF Private Loan Fund, LLC*, Case No. 15-CV-1134 in the District of Columbia Court of Appeals, shall not expire any earlier than 30 days after entry of this order, to wit, the deadline shall not expire any earlier than July 24, 2016.

 3. A photocopy of this *Order* printed from the Court's Electronic Case Filing website shall constitute sufficient proof of the validity and accuracy of this *Order* and the relief granted herein.

 4. This *Order* is not stayed under Rule 4001(a)(3) of the Federal Rules of Bankruptcy Procedure.

            [Signed and dated above.]

Copies to: Recipients of e-notice of orders through CM/ECF.