## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF COLUMBIA

IN RE:                                    *
    Marsha Ann Ralls,              *       Case No. 16-00222 SMT
        Debtor.                    *       (Chapter 11)
_____*

### APPLICATION TO AUTHORIZE
### RETENTION OF REALTORS FOR THE ESTATE

TO THE HONORABLE S. MARTIN TEEL, BANKRUPTCY JUDGE:

    COMES NOW, the Debtor Marsha Ann Ralls, ("Debtor"), by and through her undersigned attorney, and pursuant to 11 U.S.C. §327, and states her Application to Authorize Retention of Realtors for the Estate as follows:

1. The Debtor filed a voluntary Chapter 11 petition on May 4, 2016.

2. The Debtor attended the 341 Meeting of Creditors on June 8, 2016.

3. The debtor is the owner of real property identified on her Bankruptcy Schedules as 1516 31st St. NW, Washington, D.C. 20007.

4. The debtor, as part of her plan of reorganization will sell the real property identified as 1516 31st St. NW, Washington, D.C. 20007.

5. To that end, the Debtor-in-possession seeks to retain Jamie Peva and the firm of Washington Fine Properties as realtors (collectively, "Realtors") for the estate in connection with the sale of the Property.

6. The professional services rendered by the realtors include: marketing the property, meeting with prospective purchasers, drafting sales contracts (subject to approval by this Court), providing advice on the value of the Property, and any other service which may be reasonably necessary to consummate a sale of the Property.

7. The debtor Marsha Ann Ralls has selected the Realtors because of their experience in sales of property of this kind.

8. The commission to the Realtors is 6.0% on any sale procured by the Realtors. This is a discount from Realtor's usual commission and the market rate commission. The Realtors would pay a 3.0% commission with any agent for a buyer. A copy of the Listing Agreement between the Debtor-In-Possession and the Realtors is attached hereto as Exhibit A.

9. The Realtors seek to have all compensation paid directly from the proceeds of any sale at the closing on such sale.

10. To the best of the Debtor-In-Possession's knowledge and after due inquiry, the Realtors have no connection with the Debtor, any creditor, any other party in interest, their respective attorneys and accountants, the United States Trustee or any person employed in the Office of the United States Trustee.

11. Other than as may be stated in the Verified Statement filed herewith, the Realtors represent no interest adverse to the Debtor-In-Possession or the estate in the matters upon which they are to be engaged, and the employment is in the best interests of the estate and creditors generally.

## NOTICE OF OPPORTUNITY TO OBJECT TO APPLICATION TO AUTHORIZE RETENTION OF REALTORS FOR THE ESTATE

The Debtor Marsha Ann Ralls has filed an application seeking to authorize retention of realtors for the estate.

Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have on in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.) If you do not want the Court to approve the application, or if you want the Court to consider your views on the matter, then:

on or before **fourteen (14) days** after the date of filling of this application, you or your attorney must file with the Court a written objection to the application, together with the proposed order required by Local Bankruptcy Rule 9072-1.  The objection and proposed order must be filed with the Clerk of the Bankruptcy Court, United States District Court for the District of Columbia, 333 Constitution Ave., NW, Washington, D.C. 20001.  You may append affidavits and documents in support of your objection.

If you mail your objection to the Court for filing, you must mail it early enough so the Court will receive it on or before the date stated above.

You must also mail a copy of your objection:

William C. Johnson, Jr.
Law Office of William Johnson
1101 15th St. NW
Suite 203
Washington, D.C. 20005

If you or your attorney do not take these steps, the Court may decide that you do not oppose the relief sought in the application and may enter an order approving the application.  The Court may approve the application without a hearing if the objection filed states inadequate grounds for denial of the application.  Parties in interest with questions may contact the undersigned.

   WHEREFORE, the Debtor Marsha Ann Ralls respectfully requests that this Court enter an Order:

   a. Pursuant to 11 U.S.C. §327(a), authorizing the Debtor-In-Possession to employ Jamie Peva and the firm of Washington Fine Properties as realtors for the estate;

   b. Permitting realtors to be paid 6.0% commission from the proceeds of any sale procured by them at the closing of that sale; and

   c. Granting such other and further relief as this Court may deem to be just, equitable and proper.

September 4, 2016                            */s/ William C. Johnson, Jr.*
                                             William C. Johnson, Jr., Esq.
                                             1101 15th St. NW, Suite 203

Washington, D.C. 20005
(202) 525-2958
Fax (301) 288-7473

# CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this day of September 4, 2016 a copy of the foregoing was sent via first class mail, postage pre-paid to the following:

Office of the U.S. Trustee
115 S. Union Street
Suite 210
Alexandria, VA 22314

Patrick J. Potter
Pillsbury Winthrop Shaw Pittman LLP
1200 Seventeenth St. NW
Washington, D.C. 20036

All creditors on Mailing Matrix

September 4, 2016                                    */s/ **William C. Johnson, Jr.***
                                                     William C. Johnson, Jr., Esq.