



**GCAAR**
GREATER CAPITAL AREA ASSOCIATION OF REALTORS®

# Listing Agreement for Improved Real Property and Co-operatives

*(For use in Montgomery County and Washington, DC – Attach Jurisdictional Addendum and Required Disclosures)*

Property Address: **1516 31st St NW**    Unit: _____

Subdivision: **Georgetown**

Project: _____

City: **Washington**    State: **DC**    Zip: **20007-3074**

Known as Lot(s) **823**    Block/Square: **1270**    Tax ID# **1270//0823**

Parking Space(s) # _____    Storage Unit(s) # _____

**1. SELLER (List all Sellers): Marsha Ann Ralls**

Mailing address, if different: _____

Office Telephone: _____    Office/Home Fax: _____

Home Telephone: _____    Cell Phone(s): **202 450 7825**

Email Addresses: _____ / _____

**2. BROKER: Washington Fine Properties**    MRIS BROKER CODE: **WFP**    OFFICE ID: **03**

Office Address: **2624 P St, NW, Washington, DC  20007**

Office Telephone: **(202)333-3320**    Office Fax: **(202)386-7822**

Listing Agent: **Jamie Peva**    License #: **DC1056389**

Cell Phone: **(202)258-5050**    Direct Line: **(202)386-7813**    Email: **jcpeva@me.com**

**3. PURPOSE:** This Agreement ("Agreement") between Seller and Broker grants to Broker the exclusive right to sell, exchange or convey the herein described property ("Property"), together with all improvements, rights and easements thereon and under the terms and conditions set forth herein.

**4. LISTING PRICE:** The Property is offered for sale at a listing price ("Listing Price") of $ **4,200,000.00** , or such other price as is later agreed upon by Seller in writing.

**5. LISTING PERIOD:** This Agreement commences when signed and expires at 11:59 pm on  **6mo. from entry in MRIS** ("Listing Period"). If a Sales Contract is ratified before this Agreement expires, providing for settlement beyond the Listing Period, the terms hereof shall be extended automatically until final disposition of the Sales Contract.

**6. ENTRY INTO MRIS:** Seller may elect not to have the Property listing entered into MRIS. Seller hereby acknowledges that by electing not to enter the Property listing into MRIS: 1) real estate licensees from other companies and their buyer clients who have access to MRIS may not be aware that Seller's Property is for sale and the terms and conditions under which Seller is marketing the Property;2) Seller's Property will not be included in the MRIS download to various real estate internet sites that are used by the public to search for property listings; and 3) any reduction in the exposure of the Property may negatively impact the sales price.

_____/ _____ Seller does not authorize their Property to be entered into MRIS.

©2016, The Greater Capital Area Association of REALTORS®, Inc.
This Recommended Form is the property of The Greater Capital Area Association of REALTORS®, Inc. and is for use by REALTOR® members only.
Previous editions of this form should be destroyed.

_____ / _____ Seller hereby authorizes the use of the "Coming Soon" status in MRIS prior to property becoming Active in MRIS in in accordance with MRIS rules and policies. Seller and Listing Broker understand the property cannot be shown while in the "Coming Soon" status of MRIS. The listing may remain in "Coming Soon" status for up to 21 days.

_____ / _____ Seller authorizes Property to be entered into Active status in MRIS on _____ . All listings shall be available for showing immediately upon their entry into Active status in MRIS.

MR / _____ Seller hereby instructs Listing Broker to:
**enter property into MRIS on a mutually agreed upon date** _____

## 7. **BROKER'S FEE:**

**A. Fee:** Seller agrees to pay to Broker _____ **6.000** _____ % of the sale price or $ _____ (strike one) and an additional flat fee in the amount of $ _____ as Broker's Fee ("Broker's Fee"). The amount of Broker's Fee is stated in this Contract and is not prescribed by law or established by any membership organization with which the Broker is affiliated. Seller acknowledges that Broker's Fee shall be earned and payable in the event that:

1) Seller enters into a sales contract during the listing period, with any buyer procured by seller, listing broker, or his sales associates, or other brokers or their sales associates, or any other buyer, provided the buyer performs and settles on said contract. 2) Further, such Broker's Fee shall be paid if the Property is sold, exchanged, conveyed, or otherwise transferred within **180** days after the expiration of the Listing Period or termination of this Agreement (the "Protection Period") to anyone to whom the Property has been shown by Broker or anyone else, including the Seller, during the Listing Period, unless a valid listing agreement is entered into during the term of said Protection Period with another licensed real estate broker.

**B. Authority to Cooperate With and Compensate Other Brokers:** Seller authorizes Broker to cooperate with other brokers as subagents of Broker ("Subagents") and/or as Brokers retained by prospective buyers to represent buyer's interests ("Buyer Agents and Dual Agents"). Broker shall pay to Subagent's Broker, who has earned and is entitled to share in the Broker's Fee, **3.000** % of the Sales Price. Broker shall pay to any Buyer Agent's Broker who has earned and is entitled to share in the Broker's Fee **3.000** % of the Sales Price.

**C. Payment of Broker's Fee:** Payment of Broker's Fee is due at Settlement, unless Seller, after contract acceptance, fails to perform or is otherwise in default of the sales contract, or executes a release of the sales contract to which the Broker is not a party. In such case, the Broker's entire fee is due no later than the agreed settlement date.

**D. Forfeiture of Deposit:** If the earnest money deposit ("Deposit") is forfeited, or if there is an award of damages by a court or a compromise agreement between the Seller and Purchaser, the Broker may accept and the Seller agrees to pay the Broker one-half of the Deposit in lieu of a Broker's Fee (provided Broker's share of any forfeited Deposit will not exceed the amount which would have otherwise been due at Settlement).

**E. Default by Buyer:** If Seller enters into a contract with a Buyer during the original listing period, and Buyer subsequently defaults, then the original listing period is extended by the number of days property was under contract.

**F. Attorney's Fees:** If Broker prevails in any action brought to obtain payment of the Broker's Fee, Broker shall also be entitled to recover in such action Broker's reasonable attorney's fees and court costs.

## 8. **AGENCY:**
The State of Maryland and Washington, DC have each adopted specific laws governing the disclosure of agency relationships and dual agency (i.e., the situation where the listing and selling agents are associated with the same broker). Seller hereby gives consent for Broker's non-assigned agent, who hold their home open, to later represent a Buyer in purchasing Seller's property or another property. All applicable jurisdictional Agency disclosure forms have been made available to Seller who acknowledges receipt of those checked below:

| **Maryland** | **Washington, DC** |
|---|---|
| ☐ Understanding Whom Real Estate Agents Represent | ☒ Consent for Dual Representation and |
| ☐ Consent for Dual Agency | Designated Representation in the District of Columbia |
| ☐ Dual Agency within a Team | |

## 9. **AUTHORIZATIONS:**

**A. Sign:** Seller authorizes Broker to install a "For Sale" sign on the Property, in accordance with applicable zoning ordinances and community association regulations.

©2016, The Greater Capital Area Association of REALTORS®, Inc.
This Recommended Form is the property of The Greater Capital Area Association of REALTORS®, Inc. and is for use by REALTOR® members only.
Previous editions of this form should be destroyed.

Produced with zipForm® by zipLogix 18070 Fifteen Mile Road, Fraser, Michigan 48026  www.zipLogix.com
Marsha Ralls

**B. Key and KeyBox:**

1) **Use:** Seller authorizes Broker to allow key-entry showings ~~and the installation of a lock box~~ ("KeyBox") and the delivery of door access keys for use by the Greater Capital Area Association of REALTORS®, Inc. ("GCAAR") members and members of current REALTOR® Associations Signatory to the ELECTRONIC KEYBOX SERVICE AGREEMENT ("Authorized Users") to access the Property and to accompany prospective buyers, inspectors, appraisers, exterminators and other parties necessary for showings and inspecting the Property. Affiliate or non-affiliate members (i.e., inspectors, appraisers, estimators) may have access for their business purposes if permission for limited access showing code is granted below.

2) Limited Access Showing Codes: Seller hereby: (Seller to initial): _____ / _____ **Authorizes OR**
_____ / _MR_ **Does Not Authorize** use of a one day showing code. It is understood by Seller that there is a possibility that a person may use the access code in an unauthorized manner. Therefore, caution should be used with these codes as such codes will allow certain individuals to access the property without an electronic record as to their identity. The seller recognizes that it is often desirable and advantageous to Seller and may expedite the sale of their Property to have such access available.

3) Leased Property: If the Property is under lease during the Listing Period, Seller will furnish Broker with a written authorization, signed by all lessees, authorizing the use of a KeyBox and/or keys.

4) **Private Insurance:** Seller is advised to take all precautions for safekeeping of valuables and to maintain appropriate insurance through Seller's own insurance company.

5) Liability: Seller agrees that he, his heirs and assigns shall indemnify, save and hold harmless said Broker, his agents, and his affiliated brokers, salespeople, cooperating brokers, subagents, affiliate members with key(s) and with KeyBox access and other individuals who have use through a one day access code and the Greater Capital Area Association of REALTORS®, Inc., from any and all claims, loss or liability arising from the use of said key(s) or Key Boxes, including Broker's negligence, breach of contract or any wrongdoing exclusive of gross negligence or willful misconduct. Seller assumes all risk of any loss, damage and injury, except those caused by gross negligence or willful misconduct of any party.

_It is understood that Jamie Peva or his assistant may show the_

**10. MARKETING/VIRTUAL OFFICE WEBSITES ("VOW"):** _house, but no lock box shall be used._

**Internet Marketing Options:** Certain features may be displayed on the websites of multiple listing service(s) ("MLS") participants, including:

Seller to Initial        **YES      NO:**

_____ / _MR_   [X]   [ ]   1) Seller authorizes the listed Property to be displayed on the internet.

If Seller has selected "No" for this Option, a consumer who conducts searches for listings on the Internet will not see information about the listed property in response to their search.
**Initial here** _____ / _____

IF "No" was selected for Option 1, skip Options 2-4. If "Yes" was selected for Option 1, continue to Options 2-4.

_____ / _MR_   [X]   [ ]   2) Seller authorizes the listing address, (including house/unit numbers and street name) to be displayed on the Internet.

If Seller has selected "No" for this Option, a consumer who conducts searches for listings on the Internet will not see this particular information about the listed Property in response to their search.
**Initial here** _____ / _____

_____ / _MR_   [ ]   [X]   3) Seller authorizes the display of an automated estimate of the market value of the property (or a hyperlink to such estimate) on MLS participants' websites.

_____ / _MR_   [ ]   [X]   4) Seller authorizes the display of unedited comments or reviews of the property (or display a hyperlink to such comments or reviews) on MLS participants' websites. (Aka the "Blogging Feature")

©2016, The Greater Capital Area Association of REALTORS®, Inc.
This Recommended Form is the property of The Greater Capital Area Association of REALTORS®, Inc. and is for use by REALTOR® members only.
Previous editions of this form should be destroyed.

During the term of this agreement, Seller may, by written request to Broker, authorize Broker to enable or disable use of either feature as described above.  Broker agrees to promptly transmit the request to the MLS.  Broker cannot control if unauthorized or disabled features are displayed by others on the Internet.  Seller understands and agrees that public websites determine their own content and use of data, and therefore Broker has no control over public websites and no obligation to remove any of the above content from public websites at any time. Broker is further authorized to and shall market the Property through various means including, but not limited to, entering the Property into the applicable MLS, installing a sign, photographing the interior and exterior of the Property and installing a lock box. Seller authorizes Broker to market Property, including use of address and interior and exterior photographs, in media which may include, but not be limited to publications at Broker's discretion. Seller acknowledges that Broker is bound by the bylaws, policies, procedures, rules and regulations governing MRIS and the Key Box system. Seller hereby authorizes Broker to report any contract of sale with sales price and terms of sale to MRIS for dissemination, in accordance with rules and policies.

**11.  INCLUSIONS/EXCLUSIONS:** Unless otherwise negotiated in the sales contract, the sales price shall include those items of personal property as described in the attached INCLUSIONS/EXCLUSIONS DISCLOSURE. It is recommended that this Disclosure be left at the Property or placed online for prospective buyers.

**12.  PROPERTY CONDITION AND DISCLOSURE OF MATERIAL FACTS:**
   **A.  Legal Requirement:** Seller acknowledges that the Broker has informed Seller of Seller's obligations to provide a property condition disclosure to prospective buyers, as defined in applicable jurisdictional forms attached hereto.
   **B.  Indemnify:** Seller agrees to indemnify, save, and hold Broker and his sales associates harmless from all claims, complaints, disputes, litigation, judgments and attorney's fees arising from any incorrect information supplied by Seller or from Seller's failure to disclose any material facts.
   **C.  Hazardous Materials and Conditions:** There are environmental conditions and hazardous materials that could affect the Property and sale. Broker does not have the technical expertise to advise Seller of their presence. Seller may employ an expert to inspect for same. In the event Seller conducts such tests and makes reports available to Broker, Seller authorizes Broker to make said reports available to prospective buyers.
   **D.  Amend as Applicable:** Seller agrees to amend in writing the applicable Disclosures, if any material change affecting the Property occurs during the Listing Period.

**13.  LEAD PAINT REGULATIONS:** A SELLER WHO FAILS TO GIVE THE REQUIRED LEAD-BASED PAINT DISCLOSURE FORM AND EPA PAMPHLET ENTITLED "PROTECT YOUR FAMILY FROM LEAD IN YOUR HOME" MAY BE LIABLE UNDER THE ACT FOR THREE TIMES THE AMOUNT OF DAMAGES AND MAY BE SUBJECT TO BOTH CIVIL AND CRIMINAL PENALTIES. Seller and any agent involved in the transaction are required to retain a copy of the completed Federal Lead-Based Paint Disclosure Form for a period of three (3) years following the date of settlement.

**14.  RENOVATION, REPAIR AND PAINTING OF PROPERTY:**   In accordance with the Lead Renovation, Repair and Painting Rule ("RRP") as adopted by the Environmental Protection Agency ("the EPA"), effective April 22, 2010, if the improvements on the Property were built before 1978, contractor(s) engaged by Seller to renovate, repair or paint the Property must be certified by the EPA where such work will disturb more than six square feet of lead-based paint per room for interior projects; more than 20 square feet of lead-based paint for any exterior project; or includes window replacement or demolition ("Covered Work").  Before and during any Covered Work project, contractor(s) must comply with all requirements of the RRP.

A Seller who personally performs any Covered Work on a rental property is required to be certified by the EPA prior to performing such Covered Work.  No certification is required for a Seller who personally performs Covered Work on a Seller's principal residence. However, Seller has the ultimate responsibility for the safety of Seller's family or children while performing such Covered Work. For detailed information regarding the RRP, Seller should visit **http://www2.epa.gov/lead/renovation-repair-and-painting-program**.

**15.  WOOD-DESTROYING INSECTS:** Seller agrees to provide access to the Property for an inspection to determine evidence of infestation by termites and/or other wood-destroying insects. This inspection is in addition to the pre-settlement inspection and other inspections as agreed to in the sales contract. The inspection shall include the house, garage or other outbuildings and any fences abutting the house, as may be required by the sales contract. If infestation or damage exists, then prior to or at settlement, Seller agrees, at Seller's expense, to treat infestation and repair damage in accordance with the terms of the contract of sale or lender requirements. In the event Seller accepts a contract that includes VA financing, Seller agrees to reimburse Buyer for the reasonable cost of said inspection.

©2016, The Greater Capital Area Association of REALTORS®, Inc.
This Recommended Form is the property of The Greater Capital Area Association of REALTORS®, Inc. and is for use by REALTOR® members only.
Previous editions of this form should be destroyed.

Produced with zipForm® by zipLogix  18070 Fifteen Mile Road, Fraser, Michigan 48026   www.zipLogix.com                    Marsha Ralls

**16. ENCUMBRANCES/LIENS/OTHER TITLE MATTERS.** Seller represents that no other person or entity owns any portion of the Property or has any ownership rights to the Property. Seller has the capacity to convey clear title and that the Property is not subject to any right to purchase, lease or acquisition by virtue of an existing option, right of first refusal or other agreement. Seller agrees not to negotiate new leases, or extend existing leases, during the Listing Period without written notification to Broker.

Seller warrants clear title and agrees to provide sufficient cash to discharge at settlement all liens and encumbrances including, but not limited to, existing deeds of trust, home equity loans, mechanic's liens, deferred transportation-related facility charges/taxes, tax judgment liens, property taxes, Coop, Condo, HOA fees or any specific unit assessments. Seller shall comply with all orders, requirements, or notices of violations of any county or local authority, condominium unit owners' association, homeowner's or property owners' association or actions in any court on account thereof, against or affecting the Property on the date of settlement. Title is to be good and marketable, and insurable by a licensed title insurance company with no additional risk premium. In case action is required to perfect the title, such action must be taken promptly by the Seller at the Sellers' expense. Seller shall convey the Property by special warranty deed. Seller shall sign such affidavits, lien waivers, tax certifications and other documents as may be required by the lender, title insurance company, Settlement Agent, or government authority, and authorizes the Settlement Agent to obtain pay-off or assumption information from any existing lender(s) and/or lien holder(s).

Seller discloses to Broker that the following are the only existing liens/encumbrances against the Property and existing matters that could affect the title to the Property, and further agrees to disclose any new liens or matters which arise during the Listing Period:

**Yes/No:**

☐/☒ A). Is the Property owned **FREE AND CLEAR** of any liens/loans or equity lines of credit? Please note that a lien may still exist if there is an equity line of credit even if the seller has no current balance on the equity line. **If yes, go to F.**

☒/☐ B). Is the Property security for a first mortgage or Deed of Trust loan? If yes, held by (Lender or Servicer's Name): Capital One _____ with an approximate balance of $ ± 800,000 .

☒/☐ C). Is the Property security for a second mortgage or Deed of Trust loan? If yes, held by (Lender or Servicer's Name): Bluewater _____ with an approximate balance of $ 500,000 - 1,200,000 .

☐/☒ D). Is the Property security for a line of credit or home equity line of credit? If yes, held by (Lender or Servicer's Name): _____ with an approximate balance of $ _____ .

☒/☐ E). Is the Seller in default on any of the loans identified in numbered items B, C, and D above for which the Seller has received any notices of such default(s), notice of threatened foreclosure or notice of the actual filing of foreclosure? Only by Bluewater

☐/☒ F). Are there any liens filed or secured against the Property for Federal, State or local income taxes; unpaid real property taxes; or unpaid Co-operative, Condominium or Homeowners' Association fees/assessments; or utility liens?

☒/☐ G). Are there any judgments against Seller (including each Seller for jointly held property) or does the Seller have any knowledge of any matter that might result in a judgment that may potentially affect the property?

☒/☐ H). Has the Seller filed for bankruptcy protection under United States law, or is the Seller contemplating doing so during the term of this Listing Agreement? Seller expressly authorizes Broker to contact bankruptcy attorney to determine the impact of such filing including, but not limited to, if Seller has the authority to enter into this Listing Agreement, if this Listing Agreement must be approved by the Bankruptcy Court, and if any future sales contract requires Bankruptcy Court approval. Seller must immediately notify Broker if Seller files during the term of this Listing Agreement.

☐/☒ I). Is this Property subject to an estate?

☐/☒ J). Is there a deceased co-owner? If yes, a death certificate will be required at settlement.

☐/☒ K). Is there a pending divorce proceeding? If yes, please attach a copy of any Separation Agreement.

☐/☒ L). Are there any other legal proceedings pending that could result in a judgment against the Seller or affect the property? If yes, please list below: _____

☐/☒ M). Could this transaction result in a Short Sale? If yes, the GCAAR **Short Sale Addendum to Listing Contract must be attached.**

**During the term of the Listing Agreement, should any change occur with respect to any of the answers to items A-M above, Seller shall IMMEDIATELY give written Notice to Broker and Listing Agent of such change(s).**

©2016, The Greater Capital Area Association of REALTORS®, Inc.
This Recommended Form is the property of The Greater Capital Area Association of REALTORS®, Inc. and is for use by REALTOR® members only.
Previous editions of this form should be destroyed.

Produced with zipForm® by zipLogix 18070 Fifteen Mile Road, Fraser, Michigan 48026   www.zipLogix.com                Marsha Ralls

**17. OWNERSHIP WITH ASSESSMENTS:** ☐ Condominium OR ☐ Co-operative OR ☐ Homeowners Association (HOA)

The following required Seller Disclosure and Resale Addendum is attached:

☐ Condominium Seller Disclosure and Resale Addendum (GCAAR DC form #921/MC form #922)

☐ Co-operative Seller Disclosure and Resale Addendum (GCAAR form # 924)

☐ Homeowners Association (HOA) Seller Disclosure and Resale Addendum (GCAAR form #923/MC form #904)

**18. SMOKE DETECTOR REQUIREMENTS:** Seller shall have smoke detectors installed and operational in accordance with the requirements of the jurisdiction in which the Property is located prior to settlement of any sale.

**19. FAIR HOUSING LAWS:** In compliance with federal fair housing regulations, the Property shall be made available to all persons without regard to race, color, religion, national origin, sex, physical or mental handicaps or familial status. Additional protected classes exist for the District of Columbia, the State of Maryland and some local jurisdictions.

**20. CLOSING COSTS:** Seller acknowledges that Buyers have the right to select the title insurance company, settlement or escrow company or title attorney. Seller agrees to pay settlement costs including, but not limited to, the release of liens or encumbrances against the property, deed preparation, other legal document preparation, courier/delivery charges, reasonable settlement fees, and, in addition, transfer and recordation taxes and any other costs agreed upon in the sales contract.

**21. FEDERAL TAX REPORTING/WITHHOLDING:**
    **A. 1099 Reporting:** Section 1445 of the Internal Revenue Code may require the settlement agent to report the gross sales price, Seller's federal tax identification number and other required information to the IRS. Seller will provide to the settlement agent such information at the time of settlement.
    **B. Foreign Investment Real Property Tax Act Withholding ("FIRPTA"):** If Seller is a foreign person for purposes of U.S. Income Taxation, IRS requires that a percentage of the sales price (currently 10%) be withheld from Seller's proceeds at the time of settlement, which funds are to be applied towards the payment of any capital gains tax that might be due. A foreign person includes, but is not limited to; non-resident aliens, foreign corporations, foreign partnerships, foreign trusts or foreign estates ("Foreign Person"). Sellers are advised to seek legal and/or financial advice concerning these matters.

Seller represents that Seller ☐ **is OR** ☒ **is not** a Foreign Person for purposes of U.S. income taxation. If Seller is not a Foreign Person, Seller shall execute an affidavit to this effect at the time of Settlement.

**22. GENERAL PROVISIONS:**
    **A. Laws and Regulations:** Seller acknowledges that Broker must comply with federal, state and local laws and regulations as well as real estate licensing laws and regulations of either the District of Columbia or the State of Maryland.
    **B. Competing Properties:** Seller understands that Broker may have or obtain listings of other similar properties and that potential buyers may consider, make offers on, or purchase through Broker properties that are similar to Seller's property. Seller consents to Broker's representation of Sellers and Buyers of other similar properties before, during and after the expiration of this Agreement.
    **C. Subsequent Offers:** Upon receipt by Broker of a ratified contract of sale pursuant to this Listing Agreement, Broker shall have no further obligation hereunder to procure any additional purchase offers.
    **D. Delivery:** Delivery or Delivered means hand carried, sent by overnight delivery service, sent by wired or electronic medium which produces a tangible record of the transmission (such as telecopier or "Fax", email which includes an attachment with an actual copy of the executed instruments being transmitted, or U.S. Postal mailing.) In the event of overnight delivery service, Delivery will be deemed to have been made on the next business day following the sending, unless earlier receipt is acknowledged in writing. In the event of U.S. Postal mailing, Delivery will be deemed to have been made on the third business day following the mailing, unless earlier receipt is acknowledged in writing.
    **E. Notice:** This agreement shall be deemed enforceable when it and all addenda and any modifications thereto have been signed, initialed where required by Seller and Broker (or Supervising Manager), and Delivered to the other party.
    **F. Paragraph Headings:** The Paragraph headings in this Agreement are for reference and convenience only, and do not define or limit the intent, rights or obligations of the parties.
    **G. Definitions:** The singular shall include the plural, the plural the singular, and the use of either gender shall include the other gender.
    **H. "Buyer"** means "purchaser" and vice versa.

©2016, The Greater Capital Area Association of REALTORS®, Inc.
This Recommended Form is the property of The Greater Capital Area Association of REALTORS®, Inc. and is for use by REALTOR® members only.
Previous editions of this form should be destroyed.

Produced with zipForm® by zipLogix 18070 Fifteen Mile Road, Fraser, Michigan 48026  www.zipLogix.com    Marsha Ralls

**23. AUTHORITY TO DISCLOSE EXISTING OFFERS:** Seller is advised that prospective buyers or cooperating brokers may inquire of Broker or Broker's agents the existence of other offers for the purchase of the Property. Disclosure of other offers could result in the buyer making the highest and best offer as promptly as possible or such disclosure could result in the interested buyer electing not to make an offer.  Seller(s) hereby [X] **Authorizes OR** [ ] **Does Not Authorize** the Broker to disclose the existence of other offers on the Property in response to inquiries from buyers or cooperating brokers.  Such disclosure may include the source of offers (the listing licensee, another licensee in the listing firm, or a cooperating broker).

**24. HOMEOWNER WARRANTY:**
Seller [ ] does or [X] does not elect to purchase a homeowner warranty, which may be in effect during the Listing Period and may transfer to the buyer upon settlement.  Seller should review the scope of coverage, exclusions and limitations.

Cost not to exceed $ _____ Warranty provider to be _____

**25. BINDING AGREEMENT:**
  **A.** This Agreement contains the entire legally binding agreement between Seller and Broker and cannot be changed except with written consent of all parties. Any prior discussion between the parties concerning this subject matter is superseded by this Agreement.
  **B.** This Agreement shall survive execution and delivery of the deed and shall not be merged therein. If this Agreement is signed by more than one person, it shall constitute the joint and several obligations of each party. Further, this Agreement is binding upon the parties, their personal representatives, successors, heirs and assigns.
  **C.** This Agreement shall be interpreted and construed in accordance with the laws of the jurisdiction where the Property is located.
  **D.** Seller hereby acknowledges that he has read and understands this Agreement, understands he may seek legal advice prior to signing it, and acknowledges that all information provided to Broker by Seller is true and correct to the best of Seller's knowledge. Seller hereby acknowledges receipt of a copy of this legally binding agreement and agrees to be bound by its terms and conditions.

**26. TERMINATION:**

  **A.  D.C. Properties.** This Agreement may be terminated prior to the end of the Listing Period only by mutual written Agreement of the Parties.
  **B.  Montgomery County Properties:** See required Jurisdictional Addendum to the Listing Agreement.

©2016, The Greater Capital Area Association of REALTORS®, Inc.
This Recommended Form is the property of The Greater Capital Area Association of REALTORS®, Inc. and is for use by REALTOR® members only.
Previous editions of this form should be destroyed.

Produced with zipForm® by zipLogix 18070 Fifteen Mile Road, Fraser, Michigan 48026   www.zipLogix.com                    Marsha Ralls

27. **ADDITIONAL TERMS:**

_____
_____
_____
_____
_____
_____
_____

[X] Please check if sole owner

*Marsha Ann Ralls*   9/3/16          Company: **Washington Fine Properties**
Seller                          Date
**Marsha Ann Ralls**

_____   By: _____
Seller                   Date    Broker/Supervising Manager (Signature)      Date

_____
Seller                   Date    Broker/Supervising Manager (Print Name)
                                 *J C P*   9/3/2016
                                 Listing Agent              Date
                                 **Jamie Peva**

**NOTE: If any party is signing for another as a fiduciary, attach appropriate Power of Attorney, Letter of Administration, or other authorization as applicable. An original document will be required for settlement.**

©2016, The Greater Capital Area Association of REALTORS®, Inc.
This Recommended Form is the property of The Greater Capital Area Association of REALTORS®, Inc. and is for use by REALTOR® members only.
Previous editions of this form should be destroyed.





# Jurisdictional Disclosure and Addendum to the Sales Contract for Washington, DC
### (Recommended for the Listing Agreement and required for the GCAAR Sales Contract)

The Contract of Sale dated _____ between _____
_____ (Buyer) and _____ **Marsha Ann Ralls** _____ (Seller)
for the purchase of the real property located at
Address **1516 31st St NW** _____ Unit# _____
City **Washington** _____ State **DC** Zip Code **20007-3074** , Parking Space(s) # _____
Storage Unit #_____ with the legal description of Lot **823** _____ Block/Square **1270** ___ Section _____
Subdivision/Project Name **Georgetown** _____ Tax Account # **1270//0823** _____
is hereby amended by the incorporation of this Addendum, which shall supersede any provisions to the contrary in this Contract.

---

## PART I. SELLER DISCLOSURE - AT TIME OF LISTING:
The information contained in this Disclosure was completed by Seller, is based on the Seller's actual knowledge and belief, and is current as of the date hereof.

**1.   SELLER DISCLOSURE:** Pursuant to D.C. Code §42-1301, Seller is exempt from property condition disclosure.
☐ Yes ☑ No

**2.   DC SOIL DISCLOSURE REQUIREMENTS:** The characteristic of the soil on the Property as described by the Soil Conservation Service of the United States Department of Agriculture in the Soil Survey of the District of Columbia published in 1976 and as shown on the Soil Maps of the District of Columbia at the back of that publication is _____
_____ .
For further information, Buyer can contact a soil testing laboratory, the District of Columbia Department of Environmental Services, or the Soil Conservation Service of the Department of Agriculture.

**3.   TENANCY:** Seller represents that property ☐ is/was OR ☑ is not/was not subject to an existing residential lease or tenancy at the time Seller decided to sell. District of Columbia broadly defines a tenant as "a tenant, subtenant, lessee, sublessee, or other person entitled to the possession, occupancy, or the benefits of any rental unit within a housing accommodation." If applicable, the DC Tenancy Addendum is hereby provided.

**4.   CONDOMINIUM/CO-OPERATIVE/HOMEOWNERS ASSOCIATION:** Seller represents that this Property ☐ is OR
☑ is not subject to a condominium, co-operative or homeowners association. If applicable, the following required addendum is attached:
☐ Condominium Seller Disclosure/Resale Addendum for DC,
☐ Co-operative Seller Disclosure/Resale Addendum for Maryland and the District of Columbia, or
☐ HOA Seller Disclosure/Resale Addendum for DC

**5.   UNDERGROUND STORAGE TANK DISCLOSURE: (Applicable to single family home sales only)**
In accordance with the requirements of the District of Columbia Underground Storage Tank Management Act of 1990 [D.C. Code Section 8-113.02(g)], as amended by the District of Columbia Underground Storage Tank Management Act of 1990 Amendment Act of 1992 (the "Act") and the regulations adopted thereunder by the District of Columbia (the "Regulations"), Seller hereby informs Buyer that Seller has no knowledge of the existence or removal during Seller's ownership of the Property of any underground storage tanks as that term is defined in the Act and the Regulations, except as follows: _____
_____ .

**6.   PROPERTY TAXES:** Future property taxes may change. To determine the applicable rate, see https://www.taxpayerservicecenter.com/RP_Search.jsp?search_type=Assessment. Additional information regarding property tax relief and tax credit information (tax reductions for seniors, homestead exemptions, property tax abatements and others) can be found at: http://otr.cfo.dc.gov/page/real-property-tax-credits-frequently-asked-questions-faqs.

_Marsha Ralls_ _____ 9/3/2016 _____        _____ _____
Seller _____ Date        Seller _____ Date

---

©2015 The Greater Capital Area Association of REALTORS®, Inc.
This Recommended Form is property of the Greater Capital Area Association of REALTORS®, Inc. and is for use by members only.
Previous editions of this Form should be destroyed.

Washington Fine Properties LLC, 3201 New Mexico Ave NW Ste 2 Washington, DC 20016        Phone: 202.256.2164        Fax: 202-944-5021        Marsha Ralls
Nancy Taylor Bubes        Produced with zipForm® by zipLogix 18070 Fifteen Mile Road, Fraser, Michigan 48026        www.zipLogix.com

**PART II. RESALE ADDENDUM**

The Contract of Sale dated _____ , between Seller Marsha Ann Ralls _____
and Buyer _____ is hereby amended by the incorporation of
Parts I and II herein, which shall supersede any provisions to the contrary in the Contract.

**1.   SELLER DISCLOSURE:** Pursuant to D.C. Code §42-1302, prior to the submission of the offer, Buyer is entitled to a Seller's Disclosure Statement (if Seller is not exempt) and hereby acknowledges receipt of same. ☒ **Yes** ☐ **No** ☐ **Not applicable**

**2.   RECORDATION AND TRANSFER TAXES:** Rates vary with the sales price and based on property type. See http://otr.cfo.dc.gov/service/recorder-deeds-frequently-asked-questions-faqs. In limited circumstances, an exemption from Recordation Tax may be available to Buyer, if Buyer meets the requirements for the Lower Income Home Ownership Exemption Program ("Tax Abatement Program"). See below for additional information.
Unless otherwise negotiated, the following will apply:

    **A. Real Property:** Recordation Tax will be paid by Buyer and Transfer Tax will be paid by Seller.
    **B. Co-operatives:** The Economic Interest Deed Recordation Tax will be split equally between Buyer and Seller. There is no Transfer Tax for Co-operatives.
    **C. Tax Abatement Program:** Additional information (including the required Application Form) for the Tax Abatement Program can be obtained at:  http://otr.cfo.dc.gov/sites/default/files/dc/sites/otr/publication/attachments/sharp%40dc.gov_20140909_110358.pdf . If Buyer meets the requirements of this program, Buyer will be exempt from Recordation Tax. Additionally, Seller shall credit 1.1% of Sales Price (normally paid to the District of Columbia as Seller's Transfer Tax) to Buyer to be applied towards Buyer's settlement costs. This credit shall be in addition to any other amount(s) Seller has agreed to pay under the provisions of this Contract. It is Buyer's responsibility to confirm with Lender, if applicable, that the entire credit provided for herein may be utilized. If Lender prohibits Seller from payment of any portion of this credit, then said credit shall be reduced to the amount allowed by Lender.

    Buyer ☐ is or ☐ is not applying for the Tax Abatement Program.

**3.**   The principals to the Contract mutually agree that the provisions hereof shall survive the execution and delivery of the Deed and shall not be merged herein.

_Marsha Ann Ralls_   9/3/2016   _____
Seller                                            Date          Buyer                                            Date

_____          _____
Seller                                            Date          Buyer                                            Date

©2015 The Greater Capital Area Association of REALTORS®, Inc.
This Recommended Form is property of the Greater Capital Area Association of REALTORS®, Inc. and is for use by members only.
Previous editions of this Form should be destroyed.

Produced with zipForm® by zipLogix 18070 Fifteen Mile Road, Fraser, Michigan 48026  www.zipLogix.com          Marsha Ralls





## Inclusions/Exclusions Disclosure and Addendum
### *(Required for use with GCAAR Sales Contract)*

**Property Address:** 1516 31st St NW, Washington, DC  20007-3074

## PART I.  INCLUSIONS/EXCLUSIONS DISCLOSURE

**Personal Property and Fixtures:** The Property includes the following personal property and fixtures, if existing: built-in heating and central air conditioning equipment, plumbing and lighting fixtures, sump pump, attic and exhaust fans, storm windows, storm doors, screens, installed wall-to-wall carpeting, window shades, blinds, window treatment hardware, mounting brackets for electronics components, smoke and heat detectors, TV antennas, exterior trees and shrubs. If more than one of an item conveys, the number of items is noted. Unless otherwise agreed to herein, all surface or wall mounted electronic components/devices **DO NOT** convey. **The items marked YES below convey.**

| Yes | No | # | Items | Yes | No | # | Items | Yes | No | # | Items |
|---|---|---|---|---|---|---|---|---|---|---|---|
| ☑ | ☐ | | Alarm System | ☐ | ☑ | | Freezer (separate) | ☐ | ☑ | | Satellite Dish |
| ☐ | ☑ | | Built-in Microwave | ☐ | ☑ | | Furnace Humidifier | ☐ | ☐ | | Storage Shed |
| ☑ | ☐ | 4 | Ceiling Fan | ☐ | ☑ | | Garage Opener | ☐ | ☑ | | Stove or Range |
| ☑ | ☐ | | Central Vacuum | ☐ | ☑ | | w/ remote | ☐ | ☑ | | Trash Compactor |
| ☑ | ☐ | | Clothes Dryer | ☐ | ☑ | | Gas Log | ☐ | ☑ | | Wall Oven |
| ☑ | ☐ | | Clothes Washer | ☐ | ☑ | | Hot Tub, Equip, & Cover | ☐ | ☑ | | Water Treatment System |
| ☐ | ☑ | | Cooktop | ☑ | ☐ | | Intercom "as is" | ☑ | ☐ | 2 | Window A/C Unit |
| ☐ | ☑ | | Dishwasher | ☐ | ☑ | | Playground Equipment | ☐ | ☑ | | Window Fan |
| ☐ | ☑ | | Disposer | ☐ | ☑ | | Pool, Equip, & Cover | ☐ | ☑ | | Window Treatments |
| ☐ | ☑ | | Electronic Air Filter | ☑ | ☐ | | Refrigerator | ☐ | ☑ | | Wood Stove |
| ☐ | ☑ | | Fireplace Screen/Door | ☑ | ☐ | | w/ ice maker | | | | |

**OTHER**

_____

_____

_____

**LEASED ITEMS**

Any leased items, systems or service contracts (including but not limited to, fuel tanks, water treatment systems, lawn contracts, security system monitoring, and satellite contracts) DO NOT CONVEY absent an express written agreement by Buyer and Seller. The following is a list of the leased items within the Property:

_____

Seller certifies that Seller has completed this checklist disclosing what conveys with the Property and gives permission to make this information available to prospective buyers.

*Marsha Ann Ralls*    9/3/2016                    _____
**Seller** Marsha Ann Ralls            Date              Seller                     Date

## PART II.  INCLUSIONS/EXCLUSIONS ADDENDUM

The Contract of Sale dated _____ between Seller Marsha Ann Ralls
_____ and Buyer _____
_____ is hereby amended by the incorporation of Parts I and II herein.

*Marsha Ann Ralls*  9/3/2016                    _____
Seller                          Date              Buyer                      Date

_____                    _____
Seller                          Date              Buyer                      Date

©2015, The Greater Capital Area Association of REALTORS®, Inc.
This Recommended Form is the property of the Greater Capital Area Association of REALTORS®, Inc. and is for use by REALTOR® members only.
Previous editions of this form should be destroyed.

Washington Fine Properties LLC, 3201 New Mexico Ave NW Ste 2 Washington, DC 20016                              Phone: 202.256.2164        Fax:  202-944-5021        Marsha Ralls
Nancy Taylor Bubes                    Produced with zipForm® by zipLogix 18070 Fifteen Mile Road, Fraser, Michigan 48026  www.zipLogix.com

 

# SELLER'S DISCLOSURE STATEMENT
## Instructions to the Seller for Seller's Disclosure Statement

These Instructions are to assist the Seller in completing the required Seller's Disclosure Statement in order to comply with the District of Columbia Residential Real Property Seller Disclosure Act.

**1. Who must complete the Seller's Disclosure Statement?** The Seller, not the broker and not the management company, condominium association, cooperative association or homeowners association.

**2. In what types of transactions must the Seller provide the Seller's Disclosure Statement to the Purchaser?** The Act applies to the following types of transfers or sales of District of Columbia real estate:
   (a)  where the property consists of one to four residential dwelling units, and,
   (b)  the transaction is a sale, exchange, installment land contract, lease with an option to purchase, or any other option to purchase, and,
   (c)  the purchaser expresses, in writing, an interest to reside in the property to be transferred.

   **However, the Act does not apply to:**
   (a)  court ordered transfers;
   (b)  transfers to a mortgagee by a mortgagor in default;
   (c)  transfers by sale under a power of sale in a deed of trust or mortgage or any foreclosure sale under a decree of foreclosure or deed in lieu of foreclosures;
   (d)  transfers by a non-occupant fiduciary administering a decedent's estate, guardianship, conservatorship or trust;
   (e)  transfers between co-tenants;
   (f)  transfers made to the transferor's spouse, parent, grandparent, child, grandchild or sibling (or any combinations of the foregoing);
   (g)  transfer between spouses under a divorce judgment incidental to such a judgment;
   (h)  transfers or exchanges to or from any governmental entity; and
   (i)  transfers made by a person of newly constructed residential property that has not been inhabited.

**3. When does the Seller's Disclosure Statement have to be provided to the Purchaser?** In a sale, before or at the time the prospective transferee executes a purchase agreement with the transferor. In an installment sales contract (where a binding purchase contract has not been executed), or in the case of a lease with no option to purchase, before or at the time the prospective transferee executes the installment sales contract or lease with the transferor.

**4. What information must the Seller disclose?** Answer ALL questions on the Seller's Disclosure Statement. If some items do not apply to your property, check "N/A" (not applicable). If you do not know the facts, check "UNKNOWN". Report actually known conditions referred to in the questions. Each disclosure must be made in "good faith" (honesty in fact in the making of the disclosure). Attach additional pages with your signature if additional space is required.

   **The Seller of a condominium unit, cooperative unit, or a lot in a homeowners association, is to provide information only as to the Seller's unit or lot, and not as to any common elements, common areas or other areas outside of the unit or lot.**

This is the required Seller's Disclosure Statement approved by the Washington, DC Board of Real Estate.

Washington Fine Properties LLC, 3201 New Mexico Ave NW Ste 2 Washington, DC 20016
Phone: 202.256.2164          Fax: 202-944-5021          Nancy Taylor Bubes                    Marsha Ralls
          Produced with zipForm® by zipLogix 18070 Fifteen Mile Road, Fraser, Michigan 48026  www.zipLogix.com

 

## SELLER'S DISCLOSURE STATEMENT
### Instructions to the Seller for Seller's Disclosure Statement

**5.  What is the remedy if the Seller does not provide the Seller's Disclosure Statement to the Transferee?**  If the Seller's Disclosure Statement is delivered <u>after</u> the purchaser executes the purchase agreement, installment sales contract or lease with an option to purchase, the purchaser may terminate the transaction by written notice to the seller not more than five (5) calendar days after receipt of the Seller's Disclosure Statement by the purchaser, and the deposit must be returned to the purchaser.  The right to terminate is waived if not exercised before the earliest of:

    (a)  the making of an application for a mortgage loan (if the lender discloses that the right to rescind terminates on submission of the application); or

    (b)  settlement or date of occupancy in the case of a sale; or

    (c)  occupancy in the case of a lease with an option to purchase.

**6.  If the Seller finds out different information after providing the Seller's Disclosure Statement to the Purchaser, how does this impact a ratified contract?**  If information becomes inaccurate after delivery of the disclosure form, the inaccuracy shall not be grounds for terminating the transaction.

**7.  How must a Seller deliver the Seller's Disclosure Statement to the Transferee?**  The Seller's Disclosure Statement must be delivered by personal delivery, facsimile delivery, or by registered mail to the transferee.  Execution by the transferor of a facsimile is considered execution of the original.

This is the required Seller's Disclosure Statement approved by the Washington, DC Board of Real Estate.

Produced with zipForm® by zipLogix 18070 Fifteen Mile Road, Fraser, Michigan 48026  www.zipLogix.com                    Marsha Ralls