# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| IN RE: | * | |
|    Marsha Ann Ralls, | * | Case No. 16-00222 SMT |
|       Debtor. | * | (Chapter 11) |
| _____ | * | |

**MOTION TO APPROVE MORTGAGE LOAN MODIFICATON AGREEMENT**

**COMES NOW** the debtor Marsha A. Ralls (the "Debtor"), by and through undersigned counsel, hereby moves (the "Motion") the Court for entry of an order approving a Mortgage Loan modification agreement entered into with Capital One, N.A. ( the "Lender") based upon the following.

1. Marsha A. Ralls, Debtor, filed a petition under Chapter 11 of the Bankruptcy Code on May 4, 2016. This Court has jurisdiction to hear this matter under 28 U.S.C. § 1334 since it arises in that case and is related to it. This proceeding is a Core proceeding.

2. On May 4, 2016, this Honorable Court entered an Order of Relief for the debtor Marsha A. Ralls.

3. The case has remained open while the debtor continues to pursue Reorganization under Chapter 11.

4. On September 19, 2016, The Debtor and the Lender agreed to a Mortgage Loan Modification Agreement (the "Final Agreement"), a true and correct copy of which is attached hereto as **Exhibit A.** The essential terms of the Final Agreement are summarized below:

| | MODIFIED LOAN |
|---|---|

1

| Principal Balance | $828,908.78 |
|---|---|
| Interest Rate | Years 1-5      3.125% |
|  | Years 6-40    3.625% |
| Interest Type | Adjustable Rate Mortgage |
| Maturity Date | 10/01/2056 |
| Incorporates Pre-Petition Arrears | Yes |
| Incorporate Post-Petition Arrears | Yes |
| Principle Forgiveness | $0.00 |

5. On May 23, 2016, the debtor commenced the "Trial Loan Modification Agreement."

6. After successfully completing the "Trial Loan Modification," the lender offered the debtor a Mortgage Loan Modification Agreement.

7. The Debtor's new mortgage payment to the Lender shall be in the amount of $5,143.23 per month, which includes principal, interest, and escrow amounts for the property taxes and insurance. The effective interest rate for the mortgage payments shall be or property taxes and insurance. The effective interest rate or the mortgage payments shall be 3.125 % per annum. The payments shall commence on October 1, 2016, and continue through October 1, 2056.

8. The Debtor asserts that the Agreement is reasonable and in the best interests of the estate and its creditors.

WHEREFORE, the Debtor requests that the Court enter an order granting the Motion and for such other and further relief as the Court deems just and proper.

October 4, 2016                                              */s/ William C. Johnson, Jr.*
                                                             William C. Johnson, Jr., Esq.
                                                             1101 15th St. NW, Suite 203
                                                             Washington, D.C. 20005
                                                             (202) 525-2958
                                                             Fax (301) 288-7473

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this day of October 4, 2016 a copy of the foregoing was sent via first class mail, postage pre-paid to the following:

Office of the U.S. Trustee
115 S. Union Street
Suite 210
Alexandria, VA 22314

All creditors on Mailing Matrix

October 4, 2016                                              */s/ William C. Johnson, Jr.*
                                                             William C. Johnson, Jr., Esq.