**The order below is signed, but (i) nothing in the Mortgage Modification Agreement or the order below approving the same, modifies the terms of the Chapter 11 Plan or the Confirmation Order; and (ii) Capital Ones claim is not elevated to administrative expense priority status merely because the Debtor is entering into the Mortgage Modification Agreement during the course of this chapter 11 bankruptcy case (such that, instead, Capital Ones claim will be treated in accordance with the terms of the Chapter 11 Plan and the Confirmation Order).**



**SO ORDERED.**

**Dated: November 2, 2016.**

_S. Martin Teel Jr._
_____
**S. Martin Teel, Jr.**
**U.S. Bankruptcy Judge**


## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF COLUMBIA

IN RE:                              *

    Marsha Ann Ralls,          *          Case No. 16-00222 SMT

            Debtor.          *          (Chapter 11)

_____*

### ORDER GRANTING MOTION TO
### APPROVE MORTGAGE LOAN MODIFICATION AGREEMENT


This case was considered on the Debtor's Motion to Approve the Mortgage Loan Modification Agreement (the "Motion"). Accordingly, it is

**ORDERED:**

1.      The Debtor's Motion to Approve the Mortgage Loan Modification Agreement is **GRANTED.**

2.      The Mortgage Loan Modification Agreement with Capital One, N.A. is approved, and the parties are ordered to comply with the terms of the agreement.

3.      The modified payment is $5,143.23, of which $3,027.39 is principle and interest. The balance of the payment includes escrow for taxes and insurance, and the Debtor shall begin payments on October 1, 2016.

4.    The unpaid principal balance is approximately $828,908.78, of which $0.00 is
eligible for a principal forgiveness. The 'New Principal Balance" on the note is
$828,908.78, which shall be amortized as follows:

| Years | INTEREST RATE | INTEREST RATE CHANGE PAYMENT | MONTHLY PRINCIPAL & INTERSEST PAYMENT* | ESTIMATED MONTHLY ESCROW | TOTAL MONTHLY PAYMENT* | PAYMENT BEGINS ON | NUMBER OF MONTHLY PAYMENTS |
|---|---|---|---|---|---|---|---|
| 1-5 | 3.125% | 10/1/2016 | $3,027.39 | $2,115.84* | $5,143.23* | 10/1/2016 | 60 |
| 6-40 | 3.625% | 10/01/21 | $3,249.16 | May Adjust* | May Adjust* | 11/01/2021 | 420 |

*Adjust periodically

5.    The "New Principal Balance" according to the terms of the Mortgage Loan
Modification Agreement, shall be due and payable in full by the earliest of:    1) The sale or transfer
of any of Debtors' interest in the property subject to the mortgage, 2) The date Debtors pay the entire
"New Principal Balance", or 3) The "Maturity Date" of (October 1, 2056.)

6.    The mortgage payments should be sent to the following address:

Capital One, N.A.
Attention:  Cashiering Department
P.O. Box 21887
Eagan, MN 55121

 Cc:

Recipients of e-notice of entered orders.

**End of Order**